UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

RICHARD WOLFSON, On Behalf of Himself and All Other Persons Similarly Situated,

        Plaintiff,

  v.

WHIRLPOOL CORPORATION,

        Defendant.

---------------------------------------------------------------x

Case No. 11-cv-2669-MKB-WDW

**STIPULATION OF DISMISSAL WITH PREJUDICE**

      Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties stipulate to a dismissal of this action with prejudice. Except as provided in the Settlement Agreement and Release, no additional consideration has been given or received in exchange for this dismissal, and each party will bear its own costs and attorneys' fees.

Dated: this __ day of June, 2012.

| Wheeler Trigg O'Donnell LLP | Giskan Solotaroff Anderson & Stewart LLP |
|---|---|
| *s/* | *s/* |
| Michael T. Williams, Esq. (*pro hac vice*) | Oren Giskan (OG 3667) |
| Megan A. Jones, Esq. (MJ-0785) | Iliana Konidaris (OK 8580) |
| Jessica G. Scott, Esq. (*pro hac vice*) | 11 Broadway, Suite 2150 |
| Catherine R. Ruhland, Esq. (*pro hac vice*) | New York, New York 10004 |
| Wheeler Trigg O'Donnell LLP | Telephone: (212) 847-8315 |
| 370 Seventeenth Street, Suite 4500 | Email: ogiskan@gslawny.com |
| Denver, Colorado 80202 |      ikonidaris@gslawny.com |
| Telephone: (303) 244-1800 | |
| Facsimile: (303) 244-1879 | *Attorneys for Plaintiff* |
| Email: williams@wtotrial.com | |
|     scott@wtotrial.com | |
|     ruhland@wtotrial.com | |

&

James K. Leader, Esq. (JL-9417)
Thomas K. Richards, Esq. (TR-8945)
Leader & Berkon LLP
630 Third Avenue
New York, New York 10017
Telephone: (212) 486-2400
Facsimile: (212) 486-3099
Email: jkleader@leaderberkon.com
    trichards@leaderberkon.com

*Attorneys for Defendant*
*Whirlpool Corporation*